# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WILLIAMSON, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>MARKETPLACE AT HOLLYWOOD PARK, L.P., a California limited partnership; and Does 1-10,<br>    Defendants. | Case No.:  CV 21-9943-DMG (JEMx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [17]** |

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the parties' stipulation, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

Plaintiff Todd Williamson's action against Defendant Marketplace At Hollywood Park, L.P., is dismissed with prejudice.  Each party will be responsible for its own fees and costs.

DATED:  April 4, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2